IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**
**AUG 2 0 2003**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SANCHEZ & DANIELS | ) ) |
| Defendant. | ) ) ) |

CIVIL ACTION NO. 03C 5822

JUDGE BUCKLO

**COMPLAINT**
**JURY TRIAL DEMAND**

MAGISTRATE JUDGE MASON

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Sevanne Sarkis ("Sarkis"), a former employee of Sanchez & Daniels ("Defendant"). Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission"), contends Defendant discriminated against Sarkis because of her sex by subjecting her to sexual harassment in violation of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of

1

Illinois, Western Division.

## PARTIES

3.   Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.   At all relevant times, Defendant has continuously been and is now doing business in the State of Illinois and the City of Chicago and has continuously had at least fifteen (15) employees.

5.   At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6.   More than thirty days prior to the institution of this lawsuit, Sarkis filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.   Since at least December 1999, Defendant has engaged in unlawful employment practices at its office in Chicago, Illinois in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). These practices include, but are not limited to, engaging in intentional discrimination against Sarkis by subjecting her to sexual harassment. These practices include, but are not limited to, Sarkis being sexually harassed by a male co-worker in continuing violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).

8. The effect of the practices complained of in paragraph seven (7) above has been to deprive Sarkis of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

9. The unlawful employment practices complained of in paragraph seven (7) above were and are intentional.

10. The unlawful employment practices complained of in paragraph seven (7) above were and are done with malice or with reckless indifference to the federally protected rights of Sarkis.

### PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex;

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices;

C. Order Defendant to make whole Sarkis by providing compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation;

D. Order Defendant to pay Sarkis punitive damages for its malicious and/or reckless conduct described, in amounts to be determined at trial;

E. Order Defendant and its successors to provide training to its officers, managers

and employees regarding sexual harassment in the workplace;

    F.    Grant such further relief as the Court deems necessary and proper in the public interest; and

    G.    Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

Eric S. Dreiband
General Counsel

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

John C. Hendrickson
Regional Attorney

Noelle Brennan
Supervisory Trial Attorney

Jeanne B. Szromba
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7546

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet   03C 5822

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

JUDGE BUCKLO

MAGISTRATE JUDGE MASON

| | |
|---|---|
| **Plaintiff(s):** EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | **Defendant(s):** SANCHEZ & DANIELS |
| County of Residence: | County of Residence: |
| Plaintiff's Atty: Jeanne B. Szromba<br>Equal Employment Opportunity<br>Commission<br>500 W. Madison, Suite 2800<br>Chicago, IL 60661<br>312-353-7546 | Defendant's Atty: Fay Clayton<br>Robisnon Curley & Clayton,<br>P.C.<br>300 S. Wacker Dr., Suite<br>1700, Chicago, IL 60606 |

**II. Basis of Jurisdiction:** 1. U.S. Gov't Plaintiff

**III. Citizenship of Principal Parties (Diversity Cases Only)**
  Plaintiff:- N/A
  Defendant:- N/A

**DOCKETED AUG 2 0 2003**

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 442 Employment

**VI. Cause of Action:** Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex.

**VII. Requested in Complaint**
  Class Action:
  Dollar Demand:
  Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _Jeanne B Szromba_
Date: 7/28/03

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Equal Employment Opportunity Commission
v.
Sanchez & Daniels

Case Number: 03C 5822


JUDGE BUCKLO
MAGISTRATE JUDGE MASON

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| (A) | (B) |
|---|---|
| SIGNATURE: *Jeanne Szromba* | SIGNATURE: *Noelle Brennan* |
| NAME: Jeanne B. Szromba | NAME: Noelle C. Brennan |
| FIRM: Equal Employment Opportunity Commission | FIRM: Equal Employment Opportunity Commission |
| STREET ADDRESS: 500 W. Madison, Suite 2800 | STREET ADDRESS: 500 W. Madison, Suite 2800 |
| CITY/STATE/ZIP: Chicago, IL 60661 | CITY/STATE/ZIP: Chicago, IL 60661 |
| TELEPHONE NUMBER: 312-353-7546 | FAX NUMBER: 312-353-8555 | TELEPHONE NUMBER: 312-353-7582 | FAX NUMBER: 312-353-8555 |
| E-MAIL ADDRESS: jeanne.szromba@eeoc.gov | E-MAIL ADDRESS: noelle.brennan@eeoc.gov |
| IDENTIFICATION NUMBER: ARDC No. 06207846 | IDENTIFICATION NUMBER: ARDC No. 06228901 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: *John C. Hendrickson* | SIGNATURE: |
| NAME: John C. Hendrickson | NAME: |
| FIRM: Equal Employment Opportunity Commission | FIRM: |
| STREET ADDRESS: 500 W. Madison, Suite 2800 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60661 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-353-8551 | FAX NUMBER: 312-353-8555 | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: john.hendrickson@eeoc.gov | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: ARDC No. 01187589 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |