IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 03C 5822 |
| v. ) ) ) | |
| SANCHEZ & DANIELS ) ) | Judge Bucklo Magistrate Judge Mason |
| Defendant. ) ) | |

SEP 17 2003

FILED

AUG 19 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

TO: Fay Clayton
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Driver
Suite 1700
Chicago, Illinois 60606

PLEASE TAKE NOTICE that, on September 10, 2003, at 9:30 a.m., or as soon thereafter as it may be heard, plaintiff United States Equal Employment Opportunity Commission ("EEOC") shall appear before the Honorable Judge Bucklo of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Agreed Motion for Entry of Consent Decree**, a copy of which is hereby served upon you.

Respectfully submitted,

Dated: August 19, 2003

Jeanne B. Szromba
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 353-7546

## CERTIFICATE OF SERVICE

    Jeanne B. Szromba, an attorney, hereby certifies that she caused a copy of the foregoing notice together with a copy of the pleadings referred to, upon the above-named party by U.S. mail on August 19, 2003:

                                                                          _____
                                                                           Jeanne B. Szromba

FILED

AUG 19 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SANCHEZ & DANIELS<br><br>    Defendant. | CIVIL ACTION NO. 03 C 5822<br><br>Judge Bucklo<br>Magistrate Judge Mason |

## AGREED MOTION FOR ENTRY OF CONSENT DECREE

Equal Employment Opportunity Commission ("EEOC") and Sanchez & Daniels have agreed to the terms of the attached Consent Decree as final resolution of this litigation between them and seek entry of such Consent Decree by this Court.

DOCKETED
SEP 17 2003

Respectfully submitted,

_Jeanne B. Szromba_
Jeanne B. Szromba
Trial Attorney

U.S. Equal Employment
    Opportunity Commission
500 W. Madison
Suite 2800
Chicago, IL 60661
(312) 353-7546

4